**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Sachs, | No. CV-22-00754-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Maryna Vorobyova Sachs and Raymond Branton, | |
| Defendants. | |

Plaintiff Kenneth Sachs filed this lawsuit on May 3, 2022. (Doc. 1.) On June 15, 2022, Defendant Raymond Branton moved to dismiss for lack of subject-matter jurisdiction. (Doc. 18.) That same day, Mr. Sachs filed an application for entry of default. (Doc. 18.) Then, on June 30, 2022, Mr. Sachs filed a motion asking for clarification about whether his application for entry of default has been ruled on. (Doc. 24.)

Mr. Sachs' application for entry of default is denied. Mr. Branton has appeared and responded to complaint by filing a motion to dismiss. There is no reason to default him. Mr. Sachs has not responded to Mr. Branton's motion to dismiss. It appears Mr. Sachs might have been confused about whether he was required to respond, given his pending application for entry of default. Accordingly, the Court will grant Mr. Sachs additional time in which to respond to Mr. Branton's motion.

**IT IS ORDERED** that Mr. Sachs' application for entry of default (Doc. 21) is **DENIED** and his motion for clarification (Doc. 24) is **DENIED** as moot in light of this

order.  Mr. Sachs will have until **July 29, 2022** in which to respond to Mr. Branton's motion to dismiss for lack of jurisdiction.

Dated this 15th day of July, 2022.

*[signature]*
Douglas L. Rayes
United States District Judge